■ DEVON FAISON et al., Infants, by Their Parent and Natural Guardian, KIMBERLY BARNETT, Respondents, v LEE LUONG, Defendant, and JAMES L. CUYLER et al., Appellants. (Appeal No. 2.) [995 NYS2d 520]—Appeal from an order of the Supreme Court, Monroe County (John J. Ark, J.), entered June 4, 2013. The order denied the cross motion of defendants James L. Cuyler and Georgia Cuyler for partial summary judgment.

■ DEVON FAISON et al., Infants, by Their Parent and Natural Guardian, KIMBERLY BARNETT, Appellants-Respondents, v

LEE LUONG, Respondent-Appellant, et al., Defendants. (Appeal No. 3.) [995 NYS2d 520]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (John J. Ark, J.), entered June 7, 2013. The order, among other things, denied the motion of defendant Lee Luong for summary judgment and denied the cross motion of plaintiffs for summary judgment.

It is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs.

Same memorandum as in *Faison v Luong* ([appeal No. 1] 122 AD3d 1268 [Nov. 14, 2014]). Present—Scudder, P.J., Peradotto, Carni and Valentino, JJ.